UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN E. AARESTAD., <br><br> Plaintiff, <br><br> v. <br><br> BMW of NORTH AMERICA, LLC, <br><br> Defendant. | Case No.: 2:14-cv-04600-PLA <br><br> **ORDER RE DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. CV 14-04600-PLA is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: January 20, 2015    BY: _____

Honorable Paul L. Abrams
United States Magistrate Judge

54.627.JBC - 00090661.DOCX

[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)